UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| Banard Banks, | CASE NO. C11-5633RJB |
|---|---|
| Plaintiff, | ORDER ON PLAINTIFF'S APPLICATION TO *PROCEED IN FORMA PAUPERIS* |
| v. | |
| Capital One, | |
| Defendant. | |

This matter comes before the court on plaintiff's application to proceed *in forma pauperis* Dkt. 1. The court has reviewed the application and the remainder of the file herein.

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a).

Plaintiff's declaration in support of his application to proceed *in forma pauperis* indicates that he is unable to afford to pay the filing fee at this time. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **GRANTED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 24th day of August, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ON PLAINTIFF'S APPLICATION TO
PROCEED IN FORMA PAUPERIS- 1