# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BANARD BANKS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CASE NUMBER: C11-5633RJB |
| v. | |
| CAPITAL ONE, | |
| Defendant. | |

\_\_\_\_  Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Plaintiff has not filed a response to the Order to Show Cause (Dkt 8).  Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

|  |  |
|---|---|
| December 19, 2011 | WILLIAM M. McCOOL<br>Clerk |
|  | /s/ Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |